# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 97 WM 2019
:
Respondent    :
:
:
:
v.    :
:
:
:
NORMAN EARL GREGORY,    :
:
Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of December, 2019, the "Petition for Leave to File *Nunc Pro Tunc* Allowance of Appeal" is DENIED.